UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ENABLE MISSISSIPPI RIVER TRANSMISSION, LLC | CIVIL ACTION NO. 15-1502 |
| VERSUS | JUDGE ROBERT G. JAMES |
| NADEL & GUSSMAN, LLC | MAG. JUDGE KAREN L. HAYES |

ORDER OF RECUSAL

Pursuant to 28 U.S.C. §455(b), I hereby disqualify myself from the handling of the above-captioned matter.

THEREFORE, IT IS ORDERED that the matter be referred to Chief Judge Dee Drell for reassignment to another judge in accordance with the Court's Standing Order 1.62.

MONROE, LOUISIANA, this 5TH day of May, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE